AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

__Northern__ District of __California__

Mark Flolo
    Plaintiff (s),
V.
Cucina & Amore, Inc.
    Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 3:18-cv-06374-WHO

Notice is hereby given that, subject to approval by the court, __Cucina & Amore, Inc.__ (Party (s) Name) substitutes __Christopher Van Gundy__ (Name of New Attorney), State Bar No. __152359__ as counsel of record in place of __Robert S. Niemann, Keller and Heckman LLP__ (Name of Attorney (s) Withdrawing Appearance).

Contact information for new counsel is as follows:

Firm Name: Sheppard, Mullin, Richter & Hampton LLP
Address: 4 Embarcadero Center, 17th Floor, San Francisco, CA 94111-4109
Telephone: (415) 774-2924   Facsimile (415) 434-3947
E-Mail (Optional): cvangundy@sheppardmullin.com

I consent to the above substitution.
Date: 5/9/19
(Signature of Party (s)) Cucina & Amore

I consent to being substituted.
Date: May 9, 2019
(Signature of Former Attorney (s)) KELLER and HECKMAN, Robert [signature]

I consent to the above substitution.
Date: May 9, 2019
(Signature of New Attorney) [signature]

The substitution of attorney is hereby approved and so ORDERED.

Date: _____
    Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]