UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK FLOLO,<br><br>   Plaintiff,<br><br> v.<br><br>CUCINA & AMORE INC.,<br><br>   Defendant. | Case No. 18-cv-06374-WHO<br><br>**ORDER OF DISMISSAL UPON STIPULATION**<br><br>Re: Dkt. Nos. 44-1 |

Pursuant to parties' joint stipulation, plaintiff's individual claims are dismissed **with prejudice**. Any putative class claims alleged in this action are dismissed **without prejudice**. Each party is to bear its own attorneys' fees and costs. The Clerk shall close the case.

**IT IS SO ORDERED.**

Dated: March 5, 2020

WILLIAM H. ORRICK
United States District Judge